ACCEPTED
05-15-00187-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
3/30/2015 10:38:53 AM
LISA MATZ
CLERK

NO. 05-15-00187-CV

IN THE COURT OF APPEALS FOR THE
FIFTH DISTRICT OF TEXAS AT EL PASO

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
3/30/2015 10:38:53 AM
LISA MATZ
Clerk

FIESTA MART, INC.,

Defendant/Appellant,

v.

MICHAEL DASVILA,

Plaintiff/Appellee.

On Appeal from Dallas County Court at Law No. 1
Trial Court Cause No. CC-13-06510-A
Hon. D'Metria Benson, Judge

**APPELLEE'S MOTION FOR SIXTY-DAY
EXTENSION OF APPELLATE BRIEF DEADLINE**

MATTHEW R. SCOTT
Texas Bar No. 00794613
mscott@kendalllawgroup.com
JOE KENDALL
Texas Bar No. 11260700
jkendall@kendalllawgroup.com
**KENDALL LAW GROUP LLP**
3232 McKinney Avenue, Suite 700
Dallas, TX 75204
214-744-3000 / 214-744-3015 (Fax)
**ATTORNEYS FOR
PLAINTIFF/APPELLEE**

# I.

## BASIS FOR THE MOTION

Counsel for Appellee is, contemporaneous with this Motion, requesting leave to withdraw as counsel of record. To ensure that Appellee has adequate time to find new counsel, Appellee requests a sixty day extension of his appellate brief deadline. This extension is not sought for purposes of delay.

# II.

## CONCLUSION AND PRAYER

Appellee respectfully requests that this Court grant his motion for a sixty-day extension of his deadline to file his appellate brief, extend the time by which Appellee must file his appellate brief to June 1, 2015, and requests the Court grant him all legal or equitable relief this Court deems proper.

Respectfully submitted,

 /s/ Matthew R. Scott
MATTHEW R. SCOTT
Texas Bar No. 00794613
mscott@kendalllawgroup.com
JOE KENDALL
Texas Bar No. 11260700
jkendall@kendalllawgroup.com
**KENDALL LAW GROUP LLP**
3232 McKinney Avenue, Suite 700
Dallas, TX 75204
214-744-3000 / 214-744-3015 (Facsimile)
**ATTORNEYS FOR**
**PLAINTIFF/APPELLEE**

## <u>CERTIFICATE OF CONFERENCE</u>

I certify that I conferred with Mike Abcarian, counsel for Defendant/Appellant, regarding the merits of this Motion and Defendant/Appellant does oppose.

 /s/ Matthew R. Scott
MATTHEW R. SCOTT

## <u>CERTIFICATE OF SERVICE</u>

I certify that a copy of this document was forwarded to all counsel of record through TexFile as of the date file stamped thereon.

/s/ Matthew R. Scott
MATTHEW R. SCOTT